1  W. SCOTT QUINLAN, #101269
   Attorney at Law
2  2333 Merced Street
   Fresno, CA 93721
3  (559) 442-0634
   (559) 233-6947
4

5  Attorney for Defendants

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                              * * * * *

11 UNITED STATES OF AMERICA,        )   Case No. CR-11-0378 SKO
                                    )
12           Plaintiff,             )
                                    )
13 vs.                              )   **STIPULATION AND**
                                    )   **ORDER TO SET MATTER ON**
14                                  )   **CALENDAR FOR CHANGE OF PLEA**
   JAMES BOARDMAN and               )   **ON JANUARY 19, 2012 AT 9:00 A.M.**
15                                  )
                                    )   Court Room: 8
16           Defendant.             )   Honorable Barbara A. McAuliffe

17
   UNITED STATES OF AMERICA,        )   Case No. CR-11-0377 SKO
18                                  )
             Plaintiff,             )
19                                  )
   vs.                              )   **STIPULATION AND**
20                                  )   **ORDER TO SET MATTER ON**
                                    )   **CALENDAR FOR CHANGE OF PLEA**
21 STEVEN BOARDMAN                  )   **ON JANUARY 19, 2012 AT 9:00 A.M.**
                                    )
22                                  )   Court Room: 8
             Defendant.             )   Honorable Barbara A. McAuliffe
23

24      Defendants Steve Boardman and James Boardman, by and through their attorney, W.

25 Scott Quinlan, and the United States of America, by and through its attorneys, Benjamin B.

26 Wagner, United States Attorney, and Yashar Nilchian, Special Assistant United States Attorney,

27 hereby stipulate to set the above-captioned matters for a change of plea on January 19, 2012 at

28 9:00 a.m in Court Room 8 of the above-captioned Court.

THERE IS GOOD CAUSE for this stipulation in that the parties have previously cleared this date with the Court and their respective calendars.

Dated: January 13, 2012  /s/ W. Scott Quinlan
W. Scott Quinlan, Attorney for
Defendant, JAMES BOARDMAN

Dated: January 13, 2012  /s/ W. Scott Quinlan
W. Scott Quinlan, Attorney for
Defendant, STEVEN BOARDMAN

Dated: January 13, 2012  /s/ Yashar Nilchian
Yashar Nilchian, Special Assistant
United States Attorney

**ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of this Court that the above-captioned matters shall be set for a change of plea on January 19, 2012 at 9:00 a.m in Court Room 8 of the above-captioned court.

IT IS SO ORDERED.

Dated: **January 17, 2012**  /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE